UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DORIS BLOOMFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 16-CV-2135 |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

A Report and Recommendations (#15) was filed by Magistrate Judge Eric I. Long in the above cause on September 7, 2017. On September 15, 2017, Plaintiff, Doris Bloomfield, filed her Objection to Report and Recommendations (#16). Following this court's careful de novo review of the Magistrate Judge's reasoning and Plaintiff's Objection, this court agrees with and accepts the Magistrate Judge's Report and Recommendations (#15). This court agrees that Plaintiff's Motion for Summary Judgment (#11) should be DENIED, Defendant's Motion for Summary Judgment (#13) should be GRANTED, and that the decision to deny benefits be affirmed.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendations (#15) is accepted by this court.

(2) Plaintiff's Motion for Summary Judgment (#11) is DENIED and Defendant's Motion for Summary Judgment (#13) is GRANTED.

(3) This case is terminated.

ENTERED this 26th day of September, 2017.


                    s/COLIN S. BRUCE
                    U.S. DISTRICT JUDGE